UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PHILLIP K. ADAMS,

Petitioner,

v.

HOYT A. BRILL, and
JON E. LITSCHER,

Respondents.

Civil No. 00-755 (MJD/ESS)

**ORDER**

On March 27, 2000, Petitioner, a prisoner of the State of Wisconsin, filed a petition for a writ of habeas corpus, challenging the legality of his incarceration at the Prairie Correctional Facility, ("PCF"), in Appleton, Minnesota. [Docket No. 1]. The Court issued an Order To Show Cause on April 14, 2000, directing the named Respondent, Warden Hoyt Brill, to file a response to the petition and explain why the writ should not be granted. [Docket No. 8].

On May 4, 2000, Respondent filed three motions in response to the Order to Show Cause: (1) a motion to substitute Jon E. Litscher as the named respondent in this action, [Docket No. 10], (2) a motion to dismiss the petition, [Docket No. 12], and (3) a motion to stay the filing of a complete return to the petition until after the motion to dismiss is resolved, [Docket No. 11]. In an order dated May 22, 2000, the Court granted Respondent's motion to stay return, and granted in part and denied in part Respondent's motion to substitute the named respondent.

Petitioner has now filed a motion asking the court to enter a default judgment in his favor. [Docket No. 15]. He contends that he is entitled to default judgment, because the originally named Respondent, Warden Hoyt Brill, has not personally responded to the Order to Show Cause that was entered in this case on April 17, 2000. [Docket No. 8]. It is readily apparent,

FILED MAY 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

however, that Brill has allowed his Co-respondent, Jon Litscher, to handle the defense of Petitioner's habeas corpus claims, see "Consent For Substitution Of Respondent," [Docket No. 5], and the Court approved that arrangement in the May 22 order.

A timely response to the petition has been filed, namely the motion to dismiss filed on May 4, 2000, [Docket No. 12], and the Court has already determined that no further response to the petition will be required -- at least for now. Thus, the Court concludes that the Co-respondents are not in default, and that Petitioner's motion for default judgment must be denied.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED that**:

1. Petitioner's motion for default judgment is **DENIED**. [Docket No. 15].

Dated: May 31, 2000

E. S. Swearingen

E. S. SWEARINGEN
United States Magistrate Judge