# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Phillip K. Adams

Plaintiff

v.

Hoyt Brill and
Jon E. Litscher

Defendants

Case No. Civil 00-755 MJD/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Respondents' motion to dismiss Petitioner's application for writ of habeas corpus relief is granted. Petitioner's motion for a temporary restraining order is denied as moot. This action is dismissed with prejudice.

DATE: March 6, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk